USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JOHN BAXTER, *individually and on behalf of all others similarly situated*, :
:
                                      Plaintiff, :
:
                    -v- :
:
MONGODB, INC., *et al.*, :
:
                                  Defendants. :
:
-----------------------------------------------------------------X

1:24-cv-5191-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 9, 2024, members of the putative class filed six separate motions to serve as lead plaintiff (or lead plaintiffs) and to appoint lead counsel. Dkt. No. 16 (JC Goh); Dkt. No. 20 (Faysal Siddiqui); Dkt. No. 22 (Nikunj Patel); Dkt. No. 23 (Carol Jou and Thomas C. Walker); Dkt. No. 29 (City of Miami Fire Fighters and Police Officers Retirement Trust); Dkt. No. 34 (Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Local 272 Labor-Management Pension Fund).

Any opposition to these motions for the appointment of lead plaintiff and the appointment of lead counsel is due no later than September 23, 2024. Any reply is due no later than September 30, 2024. Counsel for the named plaintiff, John Baxter, is directed to serve a copy of this order on each of the defendants.

     SO ORDERED.

Dated: September 10, 2024
       New York, New York

                                                            _____
                                                               GREGORY H. WOODS
                                                           United States District Judge