**Davis Polk**

Edmund Polubinski
+1 212 450 4695
edmund.polubinski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2024
```

September 19, 2024

**MEMORANDUM ENDORSED**

Re: *Baxter v. MongoDB, Inc., et al.*, 1:24-cv-5191

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Dear Judge Woods:

We represent MongoDB, Inc., Dev C. Ittycheria, and Michael Lawrence Gordon (collectively, "Defendants") in the above-referenced action.  Pursuant to Rule 1(E) of the Court's Individual Rules and Practices in Civil Cases, we write on behalf of Defendants, as well as Plaintiff John Baxter (collectively the "Parties") to respectfully request adjournment of (1) the Initial Pretrial Conference currently scheduled for October 15, 2024 (the "October 15 Conference'), as well as (2) the October 8, 2024 deadline for the Parties to file a Proposed Case Management Plan and a joint letter advising the court of the status of the case (the "Joint Letter").

As the Court is aware (*see* ECF No. 15), this is a putative class action, asserting federal securities claims.  It is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  *See* 15 U.S.C. § 78u-4 *et seq.*  The PSLRA contemplates that the Court shall appoint a lead plaintiff and lead counsel on a schedule set by statute.  *See* 15 U.S.C. § 78u-4(a)(3).  Consistent with that schedule, several motions were filed on September 9, 2024, by individuals or entities seeking to be appointed lead plaintiff and their counsel. (*See* ECF Nos. 16–37.)  Responses to these motions are due by September 23, with any replies due on September 30.  (ECF No. 40.)  Once a lead plaintiff is appointed, Defendants and the lead plaintiff then have 14 days to submit a schedule for the filing of any amended complaint and Defendants deadline to file their anticipated motion to dismiss.  (ECF No. 15.)  The PSLRA provides for an automatic statutory stay of discovery until a decision on Defendants' anticipated motion to dismiss.  15 U.S.C. § 78u-4(b)(3)(B).

In view of the foregoing—including the pending motions to appoint lead plaintiff and lead counsel as well as the PSLRA automatic stay of discovery—the Parties respectfully submit that the October 15 Conference and deadlines for submission of the Case Management Plan and Joint Letter should be adjourned, *sine die*.  The Parties respectfully propose that Defendants and the Court-appointed lead plaintiff address the appropriate timing for any Rule 16 conference and any associated submissions as part of the schedule they will submit within 14 days of the Court's appointment of a lead plaintiff.

**Davis Polk**   The Honorable Gregory H. Woods

This is the Parties' first request to the Court for an adjournment of the Initial Pretrial Conference and the related deadlines referenced herein.

Respectfully submitted,

/s/ Edmund Polubinski

Edmund Polubinski

cc: All counsel of record

Via Electronic Filing

Application granted. The parties' request to adjourn the initial pretrial conference, Dkt. No. 42, is granted. The initial pretrial conference scheduled for October 15, 2024 and the related deadlines for the parties' joint status letter and proposed case management plan are cancelled. The parties are directed to submit a joint letter with the parties' proposal for the next steps of the litigation within 14 days of the Court's appointment of a lead plaintiff and class counsel in this matter. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.

SO ORDERED.

Dated: September 19, 2024
New York, New York

GREGORY H. WOODS
United States District Judge