```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                :

JOHN BAXTER, *individually and on behalf of all others similarly situated*,    :

                                              Plaintiff,    :           1:24-cv-5191-GHW

                                                              :                  <u>ORDER</u>

                                -v-

MONGODB, INC., *et al.*,

                                          Defendants.

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the conference held on April 3, 2025, Defendants' request for leave to file a motion to dismiss the Amended Complaint, Dkt. No. 65, is granted. The deadline for Defendants to file their motion to dismiss the Amended Complaint is May 9, 2025. Lead Plaintiffs' opposition is due no later than July 1, 2025; Defendants' reply, if any, is due no later than July 29, 2025. Additionally, the parties' request for an extension to the page limit set forth in the Court's Individual Rules of Practice in Civil Cases Rule 3(A) is granted. The page limits for the parties' motion papers are as follows: 35-pages for Defendants' motion to dismiss the Amended Complaint; 35-pages for Lead Plaintiffs' opposition; and 17 pages for any reply filed by Defendants.

       SO ORDERED.

Dated: April 3, 2025

                                                                  _____
                                                                       GREGORY H. WOODS
                                                                  United States District Judge