USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                        :

JOHN BAXTER, *individually and on behalf of all others* :
*similarly situated*,                                  :

                         :                                   1:24-cv-5191-GHW
                          Plaintiff,   :

                         :                                     ORDER

                   -v-                    :

                         :

MONGODB, INC., *et al.*,            :

                         :

                   Defendants.   :

                         :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On May 15, 2026, Defendants filed a partial motion for reconsideration.  Dkt. Nos. 85 & 86.

Lead Plaintiffs' opposition is due no later than May 29, 2026; Defendants' reply, if any, is due no

later than June 5, 2026.

       SO ORDERED.

Dated:  May 15, 2026
          New York, New York

                                        _____
                                          GREGORY H. WOODS
                                      United States District Judge