UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BAXTER, Individually, and on Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>        v.<br><br>MONGODB, INC., DEV C. ITTYCHERIA, MICHAEL LAWRENCE GORDON, and SRDJAN (SERGE) TANJGA,<br><br><br>                                  Defendants. | Civil Action No. 1:24-cv-05191-GHW |

## DEFENDANTS' ANSWER TO THE AMENDED COMPLAINT

Defendants MongoDB, Inc. ("MongoDB"), Dev C. Ittycheria, Michael Gordon, and Srdjan Tanjga submit this answer and defenses to the Amended Class Action Complaint (the "Complaint") (Dkt. 60), filed by Plaintiffs Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Local 272 Labor-Management Pension Fund ("Plaintiffs").

Defendants deny the non-numbered paragraph that precedes Paragraph 1 of the Complaint, except deny knowledge or information sufficient to form a belief as to the truth of the allegations pertaining to Plaintiffs' personal knowledge or the basis for their beliefs.[1]

1.      Defendants deny the allegations in Paragraph 1, except admit that Plaintiffs purport to bring this as a putative class action against Defendants for alleged violations of sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5.

2.      Defendants deny the allegations in Paragraph 2, except admit that MongoDB's principal executive office is in New York, that it is a developer data platform company, and that

---

[1] The headings of the Complaint are not substantive allegations to which an answer is required; to the extent that these items are intended as substantive allegations, Defendants deny them.

it generates revenue from services and subscriptions, including database-as-a-service solutions, such as Atlas.  To the extent the allegations in Paragraph 2 purport to describe MongoDB's 4Q23 earnings conference call on March 8, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

3.      Defendants deny the allegations in Paragraph 3, except admit that MongoDB's Initial Public Offering ("IPO") took place in 2017, that Mr. Ittycheria became CEO in 2014, and that MongoDB experienced revenue growth following its IPO.  To the extent the allegations in Paragraph 3 purport to describe MongoDB's earnings results attached to its May 30, 2024 Form 8-K, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

4.      Defendants deny the allegations in Paragraph 4, except admit that MongoDB's fiscal year begins on February 1 of the prior calendar year and ends on January 31 of the current calendar year and that MongoDB adjusted certain aspects of its sales strategy in the years following its IPO.  To the extent the allegations in Paragraph 4 purport to describe MongoDB's Form 10-K for FY20, Defendants respectfully refer the Court to that document for a complete and accurate recitation of its contents, and deny any characterizations thereof.

5.      Defendants deny the allegations in Paragraph 5, except state that to the extent the allegations in Paragraph 5 purport to describe MongoDB's 1Q25 earnings conference call on May 30, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

6.      Defendants deny the allegations in Paragraph 6, except state that to the extent the allegations in Paragraph 6 purport to describe MongoDB personnel's remarks during the

September 7, 2023 presentation at the Citi Global Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

7. Defendants deny the allegations in Paragraph 7, except admit that Mr. Tanjga served as MongoDB's SVP of Finance and that Mr. Gordon served as MongoDB's COO and CFO. To the extent the allegations in Paragraph 7 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference, Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," and MongoDB personnel's remarks during the June 5, 2024 presentation at the William Blair Growth Stock Conference, Defendants respectfully refer the Court to the transcripts of those presentations and call, and that video for a complete and accurate recitation of their contents, and deny any characterizations thereof.

8. Defendants deny the allegations in Paragraph 8, except state that to the extent the allegations in Paragraph 8 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, MongoDB personnel's remarks during the January 16, 2024 presentation at the Needham Growth Conference, MongoDB's 4Q24 earnings conference call on March 7, 2024, MongoDB's 1Q25 earnings conference call on May 30, 2024, and the disclosures filed with the SEC, Defendants respectfully refer the Court to the transcripts of the presentations and calls and the disclosures for a complete and accurate recitation of their contents, and deny any characterizations thereof.

9.      Defendants deny the allegations in Paragraph 9, except deny knowledge or information sufficient to form a belief as to what analysts believed.  Defendants refer to public sources for information on MongoDB's stock prices.  To the extent the allegations in Paragraph 9 purport to describe MongoDB personnel's insider trading reports filed on Form 4, Oppenheimer's report on December 5, 2023, and BofA Securities's report on February 22, 2024, Defendants respectfully refer the Court to those filings and reports for a complete and accurate recitation of their contents, and deny any characterizations thereof.

10.     Defendants deny the allegations in Paragraph 10, except deny knowledge or information sufficient to form a belief as to what "investors" believed, and state that to the extent the allegations in Paragraph 10 purport to describe Needham's report on June 13, 2024, Canaccord Genuity's report on May 31, 2024 and MongoDB's 1Q25 earnings conference call on May 30, 2024, Defendants respectfully refer the Court to those reports and the transcript of that call for a complete and accurate recitation of their contents, and deny any characterizations thereof.

11.     Defendants deny the allegations in Paragraph 11, except deny knowledge or information sufficient to form a belief as to what analysts believed.  Defendants refer to public sources for information on MongoDB's stock prices.  To the extent the allegations in Paragraph 11 purport to describe Needham's report on May 31, 2024 and Oppenheimer's report on May 31, 2024, Defendants respectfully refer the Court to those reports for a complete and accurate recitation of their contents, and deny any characterizations thereof.

12.     Defendants deny the allegations in Paragraph 12, except state that to the extent the allegations in Paragraph 12 purport to describe MongoDB personnel's insider trading reports filed on Form 4, MongoDB's 1Q24 earnings conference call on June 1, 2023, MongoDB's 2Q24

earnings conference call on August 31, 2023,  MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," MongoDB's 3Q24 earnings conference call on December 5, 2023, MongoDB personnel's remarks during the January 16, 2024 presentation at the Needham Growth Conference, MongoDB's 4Q24 earnings conference call on March 7, 2024, MongoDB personnel's remarks during the May 2, 2024 Keynote Session presentation at MongoDB, and MongoDB's 1Q25 earnings conference call on May 30, 2024, Defendants respectfully refer the Court to those filings and the transcripts of those calls and presentations for a complete and accurate recitation of their contents, and deny any characterizations thereof.  Defendants refer to public sources for information on MongoDB's stock price.

13.     Defendants deny the allegations in Paragraph 13.

14.     The allegations in Paragraph 14 purport to state a conclusion of law, and thus no response is required.  To the extent a response is required, Defendants admit that Plaintiffs assert purported violations of sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC.

15.     The allegations in Paragraph 15 purport to state a conclusion of law, and thus no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 15, except state that Defendants are not disputing subject matter jurisdiction.

16.     The allegations in Paragraph 16 purport to state a conclusion of law, and thus no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 16, except admit that MongoDB's principal executive office is in New York, that

there were 73,350,695 shares of MongoDB's common stock outstanding as of May 29, 2024, as described in MongoDB's Form 10-Q for 1Q25, and that MongoDB common stock trades on the NASDAQ Stock Exchange.

17. The allegations in Paragraph 17 purport to state a conclusion of law, and thus no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 17.

18. The allegations in Paragraph 18 purport to state a conclusion of law, and thus no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 18, except deny knowledge or information sufficient to form a belief as to the truth of the allegations regarding Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Local 272 Labor-Management Pension Fund's purchase of MongoDB securities, and admit that Plaintiffs were appointed as lead plaintiffs on November 12, 2024.

19. Defendants deny the allegations in Paragraph 19, except admit that MongoDB's principal executive office is located at 1633 Broadway, 38th Floor, New York, NY 10019, that MongoDB trades on the NASDAQ under the ticker symbol "MDB," and that there were 73,350,695 shares of MongoDB's common stock outstanding as of May 29, 2024 as described in MongoDB's Form 10-Q for 1Q25.

20. Defendants admit the allegations in Paragraph 20, except state that to the extent that the allegations in Paragraph 20 purport to describe MongoDB's Form 10-Q for 1Q24, MongoDB's Form 10-Q for 2Q24, MongoDB's Form 10-Q for 3Q24, MongoDB's Form 10-Q for 2Q25, and MongoDB's Form 10-K for FY24, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

21.     Defendants admit the allegations in Paragraph 21, except state that to the extent that the allegations in Paragraph 21 purport to describe MongoDB's Form 10-Q for 1Q24, Form 10-Q for 2Q24, Form 10-Q for 3Q24, Form 10-Q for 2Q25, Form 10-K for FY24, and MongoDB's earnings results attached to its December 9, 2024 Form 8-K, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

22.     Defendants admit the allegations in Paragraph 22, except state that to the extent the allegations in Paragraph 22 purport to describe MongoDB's earnings results attached to its December 9, 2024 Form 8-K, Defendants respectfully refer the Court to those documents a complete and accurate recitation of their contents, and deny any characterizations thereof.

23.     The allegations in Paragraph 23 purport to state a conclusion of law, and thus no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 23, except admit that Plaintiffs purport to refer to Mr. Ittycheria, Mr. Gordon, and Mr. Tanjga as the "Individual Defendants," and MongoDB and the Individual Defendants collectively as "Defendants."

24.     Defendants deny the allegations in Paragraph 24.

25.     Defendants deny the allegations in Paragraph 25, except deny knowledge or information sufficient to form a belief as to the truth of the allegations regarding the date Google acquired Doubleclick and state that to the extent that the allegations in Paragraph 25 purport to describe MongoDB's website, which includes a section titled "Our Story," Defendants respectfully refer the Court to that website for a complete and accurate recitation of its contents.

26.     Defendants deny the allegations in Paragraph 26, except state that to the extent the allegations in Paragraph 26 purport to describe MongoDB's website which includes a section

titled "Understanding SQL vs NoSQL Databases," Defendants respectfully refer the Court to that website for a complete and accurate recitation of its contents, and deny any characterizations thereof.

27.    Defendants deny the allegations in Paragraph 27, except state that to the extent the allegations in Paragraph 27 purport to describe MongoDB's annual reports, including the Form 10-K for FY26, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

28.    Defendants deny the allegations in Paragraph 28, except state that to the extent the allegations in Paragraph 28 purport to describe MongoDB's website which includes a section titled "NoSQL vs. SQL Databases," Defendants respectfully refer the Court to that website for a complete and accurate recitation of its contents, and deny any characterizations thereof.

29.    Defendants admit the allegations in Paragraph 29.

30.    Defendants deny the allegations in Paragraph 30, except state that to the extent the allegations in Paragraph 30 purport to describe MongoDB's earnings results attached to its May 30, 2024 Form 8-K and MongoDB's earnings results attached to its March 13, 2018 Form 8-K, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

31.    Defendants deny the allegations in Paragraph 31, including Footnote 2, except state that to the extent the allegations in Paragraph 31 purport to describe Mr. Ittycheria's comments in a video on YouTube from April 27, 2021 titled "Fireside Chat: Dev Ittycheria (President & CEO, MongoDB) with Matt Turck (Partner, FirstMark)," projections from International Data Corporation, and a presentation at MongoDB's June 22, 2023 investor session, Defendants respectfully refer the Court to those projections, that video, that presentation,

and the transcript of that presentation for a complete and accurate recitation of their contents, and deny any characterizations thereof.

32. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Defendants deny the allegations in Paragraph 33, except admit that MongoDB generates revenue from the sale of services and subscriptions and that Atlas is a multi-cloud database-as-a service offering which generates revenue on a usage basis. To the extent the allegations in Paragraph 33 purport to describe a presentation at MongoDB's June 22, 2023 investor session and MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcripts of that presentation and call for a complete and accurate recitation of their contents, and deny any characterizations thereof.

34. Defendants deny the allegations in Paragraph 34, except state that to the extent the allegations in Paragraph 33 purport to describe a presentation at MongoDB's June 22, 2023 investor session, Defendants respectfully refer the Court to the transcripts of that presentation for a complete and accurate recitation of their contents, and deny any characterizations thereof.

35. Defendants deny knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 35, except state that to the extent the allegations in Paragraph 35 purport to describe JMP's report on December 6, 2023 and BofA Securities's report on February 22, 2024, Defendants respectfully refer the Court to those reports for a complete and accurate recitation of their contents, and deny any characterizations thereof.

36. Defendants deny the allegations in Paragraph 36, including Footnotes 3 and 4, except admit that MongoDB had approximately 754 employees as of April 30, 2017, that MongoDB had over 3,650 customers as of April 30, 2017, that its IPO was the first by a database

company in over 20 years, that MongoDB's initial public offering of shares began trading on October 19, 2017, that MongoDB's October 2017 IPO priced 8 million Class A common stock shares at $24.00 per share, and that MongoDB was listed on the NASDAQ under the ticker symbol "MDB."  Defendants refer to public sources for information on MongoDB's stock price. To the extent the allegations in Paragraph 36, including Footnotes 3 and 4, purport to describe a Stack Overflow survey and MongoDB personnel's comments on CNBC's October 19, 2017 article titled "MongoDB shares jump more than 30 percent in $192 million IPO," Defendants respectfully refer the Court to the CNBC article and interview, and that survey for a complete and accurate recitation of their contents, and deny any characterizations thereof.

37.     Defendants deny the allegations in Paragraph 37, except state that to the extent the allegations in Paragraph 37 purport to describe MongoDB's earnings results attached to its December 9, 2024 Form 8-K and MongoDB's 3Q24 earnings conference call on December 5, 2023, Defendants respectfully refer the Court to those documents and the transcript of that call for a complete and accurate recitation of their contents, and deny any characterizations thereof.

38.     Defendants deny the allegations in Paragraph 38, except state that to the extent the allegations in Paragraph 38 purport to describe MongoDB's Form 10-K for FY23, Defendants respectfully refer the Court to that document for a complete and accurate recitation of its contents, and deny any characterizations thereof. Defendants refer to public sources for information on MongoDB's stock price.

39.     Defendants deny the allegations in Paragraph 39, except state that to the extent the allegations in Paragraph 39 purport to describe a presentation at MongoDB's May 2, 2024 investor session, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

40.     Defendants deny the allegations in Paragraph 40, except state that to the extent the allegations in Paragraph 40 purport to describe a presentation at MongoDB's May 2, 2024 investor session, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

41.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41, except state that to the extent the allegations in Paragraph 41 purport to describe Oppenheimer's report on December 5, 2023, JMP's report on December 6, 2023, and Guggenheim's report on March 3, 2024, Defendants respectfully refer the Court to those reports for a complete and accurate recitation of their contents, and deny any characterizations thereof.

42.     Defendants deny the allegations in Paragraph 42, including Footnote 5, except deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning other database and software companies, and admit that Meghan Gill was once Senior Vice President, Sales Operations & Sales Development at MongoDB.  To the extent the allegations in Paragraph 42, including Footnote 5, purport to describe Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents.

43.     Defendants deny the allegations in Paragraph 43.  To the extent that the allegations in Paragraph 43 purport to describe Ms. Gill's comments in a video posted on YouTube on October 15, 2021 titled "Building a Complex Go-To-Market Motion," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents.

44.     Defendants deny the allegations in Paragraph 44, including Footnote 6.  To the extent that the allegations in Paragraph 44 purport to describe Ms. Gill's comments in a video posted on YouTube on October 15, 2021 titled "Building a Complex Go-To-Market Motion," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents.

45.     Defendants deny the allegations in Paragraph 45, including Footnote 7, except state that to the extent that the allegations in Paragraph 45, including Footnote 7, purport to describe MongoDB personnel's comments in a video posted on YouTube on January 16, 2019 titled "Fireside Chat: Jyoti Bansal, harness.io & Dev Ittycheria, MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents, and deny any characterizations thereof.

46.     Defendants deny the allegations in Paragraph 46, including Footnote 8, except state that to the extent the allegations in Paragraph 46, including Footnote 8, purport to describe MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference, and MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to that video and the transcripts of that presentation and call for a complete and accurate recitation of their contents, and deny any characterizations thereof.

47.     Defendants deny the allegations in Paragraph 47, except state that to the extent the allegations in Paragraph 47 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

48. Defendants deny the allegations in Paragraph 48, except admit that Mr. Ittycheria presented at the September 6, 2023 Goldman Sachs Communacopia + Technology Conference. To the extent the allegations in Paragraph 48 purport to describe MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

49. Defendants deny the allegations in Paragraph 49, except state that to the extent the allegations in Paragraph 49 purport to describe MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference and Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to the transcript of that presentation and that video for a complete and accurate recitation of their contents, and deny any characterizations thereof.

50. Defendants deny the allegations in Paragraph 50, including Footnotes 9-11.  To the extent the allegations in Paragraph 50, including Footnotes 9-11, purport to describe Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents.

51. Defendants deny the allegations in Paragraph 51, except state that to the extent the allegations in Paragraph 51 purport to describe Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents.

52.    Defendants deny the allegations in Paragraph 52, except state that to the extent the allegations in Paragraph 52 purport to describe MongoDB's 1Q25 earnings conference call on May 30, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

53.    Defendants deny the allegations in Paragraph 53, except state that to the extent the allegations in Paragraph 53 purport to describe MongoDB personnel's remarks during the June 4, 2024 presentation at the Baird Technology Conference and MongoDB personnel's remarks during the June 5, 2024 presentation at the Blair Growth Conference, Defendants respectfully refer the Court to the transcripts of those presentations for a complete and accurate recitation of their contents, and deny any characterizations thereof.

54.    Defendants deny the allegations in Paragraph 54.

55.    Defendants deny the allegations in Paragraph 55, including Footnote 12, except admit that MongoDB generates revenue from Atlas.  To the extent the allegations in Paragraph 55, including Footnote 12, purport to describe Mr. Ittycheria's comments in a video with the Logan Bartlett Show on YouTube on October 20, 2023 titled "The 3x CEO That Turned MongoDB Around" and MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to that video and the transcript of that call for a complete and accurate recitation of their contents, and deny any characterizations thereof.

56.    Defendants deny the allegations in Paragraph 56, except admit that Mr. Ittycheria served as MongoDB's CEO from September 2014 to November 2025 and Cedrich Pech served as MongoDB's CRO in 2023.

57.    Defendants deny the allegations in Paragraph 57, including Footnotes 13-16, except admit that Mr. Ittycheria became MongoDB's CEO in 2014, that MongoDB hired a new

CMO and CRO in 2015, and that MongoDB hired Mr. Gordon as the new CFO in 2015.  To the extent the allegations in Paragraph 57, including Footnotes 13-16, purport to describe *Forbes*'s February 25, 2021 article titled "Building An Enterprise Software Company: Tips For Founders From Dev Ittycheria," Mr. Ittycheria's comments in a video with the Logan Bartlett Show on YouTube on October 20, 2023 titled "The 3x CEO That Turned MongoDB Around," and *Investor's Business Daily*'s article updated on August 11, 2023 and titled "The MongoDB CEO Wants To Know Your Problem," Defendants respectfully refer the Court to that video and those articles for a complete and accurate recitation of their contents, and deny any characterizations thereof.

58.     Defendants deny the allegations in Paragraph 58, including Footnotes 17-18, except state that to the extent the allegations in Paragraph 58, including Footnotes 17-18, purport to describe Mr. Ittycheria's comments in a video on YouTube on July 8, 2016 titled "Sales from the CEO Perspective w/ Dev Ittycheria, CEO MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents, and deny any characterizations thereof.

59.     Defendants deny the allegations in Paragraph 59, including Footnotes 19-20, except state that to the extent the allegations in Paragraph 59, including Footnotes 19-20, purport to describe Mr. Ittycheria's comments in a video on YouTube from April 27, 2021 titled "Fireside Chat: Dev Ittycheria (President & CEO, MongoDB) with Matt Turck (Partner, FirstMark)" and Mr. Ittycheria's comments in an episode of the podcast *Invest Like the Best with Patrick O'Shaughnessy* on May 14, 2021 titled "Dev Ittycheria - The Database Evolution," Defendants respectfully refer the Court to that video and that podcast for a complete and accurate recitation of their contents, and deny any characterizations thereof.

60.    Defendants deny the allegations in Paragraph 60, including Footnote 21,  except state that to the extent the allegations in Paragraph 60, including Footnote 21, purport to describe MongoDB's earnings conference calls, MongoDB's 1Q24 earnings conference call on June 1, 2023, and Mr. Ittycheria's comments in an episode of the podcast *Invest Like the Best with Patrick O'Shaughnessy* on May 14, 2021 titled "Dev Ittycheria - The Database Evolution," Defendants respectfully refer the Court to the transcript of those calls and that podcast for a complete and accurate recitation of their contents, and deny any characterizations thereof.

61.    Defendants deny the allegations in Paragraph 61, except state that to the extent the allegations in Paragraph 61 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

62.    Defendants deny the allegations in Paragraph 62, except state that to the extent the allegations in Paragraph 62 purport to describe MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference and MongoDB personnel's remarks during the January 16, 2024 presentation at the Needham Growth Conference, Defendants respectfully refer the Court to the transcript of those presentations for a complete and accurate recitation of their contents, and deny any characterizations thereof.

63.    Defendants deny the allegations in Paragraph 63, except state that to the extent the allegations in Paragraph 63 purport to describe MongoDB personnel's remarks during the June 5, 2024 presentation at the William Blair Growth Stock Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

64.     Defendants deny the allegations in Paragraph 64, except state that to the extent the allegations in Paragraph 64 purport to describe Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents, and deny any characterizations thereof.

65.     Defendants deny the allegations in Paragraph 65.

66.     Defendants deny the allegations in Paragraph 66.

67.     Defendants deny the allegations in Paragraph 67, except state that to the extent the allegations in Paragraph 67 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023 and MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, Defendants respectfully refer the Court to the transcripts of that call and presentation for a complete and accurate recitation of their contents, and deny any characterizations thereof.

68.     Defendants deny the allegations in Paragraph 68.

69.     Defendants deny the allegations in Paragraph 69, except state that to the extent the allegations in Paragraph 69 purport to describe MongoDB personnel's remarks during the January 16, 2024 presentation at the Needham Growth Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

70.     Defendants deny the allegations in Paragraph 70, except state that to the extent the allegations in Paragraph 70 purport to describe MongoDB personnel's remarks during the presentation at MongoDB's June 22, 2023 investor session, Defendants respectfully refer the

Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

71.    Defendants deny the allegations in Paragraph 71. To the extent the allegations in Paragraph 71 purport to describe Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents.

72.    Defendants deny the allegations in Paragraph 72.

73.    Defendants deny the allegations in Paragraph 73.

74.    Defendants deny the allegations in Paragraph 74.

75.    Defendants deny the allegations in Paragraph 75, except deny knowledge or information sufficient to form a belief as to what analysts believed and state that to the extent the allegations in Paragraph 75 purport to describe MongoDB's 1Q25 earnings conference call on May 30, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

76.    Defendants deny the allegations in Paragraph 76, except deny knowledge or information sufficient to form a belief as to what analysts believed and state that to the extent the allegations in Paragraph 76 purport to describe MongoDB's 1Q25 earnings conference call on May 30, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

77.    Defendants deny the allegations in Paragraph 77, except deny knowledge or information sufficient to form a belief as to what analysts believed and state that to the extent the allegations in Paragraph 77 purport to describe MongoDB's 1Q25 earnings conference call on

May 30, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

78.     Defendants deny the allegations in Paragraph 78.

79.     Defendants deny the allegations in Paragraph 79, except deny knowledge or information sufficient to form a belief as to what analysts believed and state that to the extent the allegations in Paragraph 79 purport to describe Needham's report on May 31, 2024, Defendants respectfully refer the Court to that report for a complete and accurate recitation of its contents, and deny any characterizations thereof.

80.     Defendants deny the allegations in Paragraph 80, except deny knowledge or information sufficient to form a belief as to what analysts believed and state that to the extent the allegations in Paragraph 80 purport to describe Oppenheimer's report on May 31, 2024, BofA Securities's report on May 30, 2024, Wedbush's report on May 31, 2024, RBC's report on May 31, 2024, and Guggenheim's report on May 31, 2024, Defendants respectfully refer the Court to those reports for a complete and accurate recitation of their contents, and deny any characterizations thereof.

81.     Defendants deny the allegations in Paragraph 81, except deny knowledge or information sufficient to form a belief as to what analysts believed and state that to the extent the allegations in Paragraph 81 purport to describe Scotiabank's report on May 31, 2024, RBC's report on May 31, 2024, and Needham's report on June 13, 2024, Defendants respectfully refer the Court to those reports for a complete and accurate recitation of their contents, and deny any characterizations thereof.

82.     Paragraph 82 contains allegations regarding claims that were dismissed pursuant to the Court's April 30, 2026 Order granting in part and denying in part Defendants' motion to

dismiss the amended complaint (Dkt. No. 80) (the "MTD Order"), and therefore no response is required as to those allegations. As to the remaining allegations, Defendants deny the allegations in Paragraph 82, but admit that Plaintiffs purport to bring claims based on a putative class period beginning on June 1, 2023, and that MongoDB issued a press release, which it filed with the SEC as an exhibit to a Current Report filed on Form 8-K on June 1, 2023 reporting the financial results for the first quarter of fiscal 2024 ("Q1 2024"), ending April 30, 2023 ("Q1 2024 Form 8-K"), and providing guidance for the upcoming quarter ("Q2 2024"). To the extent the allegations in Paragraph 82 purport to describe MongoDB's earnings results attached to its June 1, 2023 Form 8-K, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

83.     Paragraph 83 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 83. To the extent the allegations in Paragraph 83 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

84.     Paragraph 84 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 84. To the extent the allegations in Paragraph 84 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

85.	Paragraph 85 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 85.  To the extent the allegations in Paragraph 85 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

86.	Paragraph 86 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 86.  To the extent the allegations in Paragraph 86 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

87.	Paragraph 87 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 87, except deny knowledge or information sufficient to form a belief as to what analysts believed.  To the extent the allegations in Paragraph 87 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

88.	Paragraph 88 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 88.  To the extent the allegations in Paragraph 88 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants

respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

89.     Paragraph 89 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the remaining allegations, Defendants deny the allegations in Paragraph 89, except state that to the extent the allegations in Paragraph 89 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

90.     Paragraph 90 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the remaining allegations, Defendants deny the allegations in Paragraph 90, except state that to the extent the allegations in Paragraph 90 purport to describe MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

91.     Paragraph 91 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 91.  To the extent the allegations in Paragraph 91 purport to describe MongoDB personnel's remarks during the June 7, 2023 presentation at the William Blair Growth Stock Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

92.     Paragraph 92 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required,

Defendants deny the allegations in Paragraph 92.  To the extent the allegations in Paragraph 92 purport to describe MongoDB personnel's remarks during the June 7, 2023 presentation at the William Blair Growth Stock Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

93.    Paragraph 93 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 93.  To the extent the allegations in Paragraph 93 purport to describe MongoDB personnel's remarks during the June 7, 2023 presentation at the William Blair Growth Stock Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

94.    Paragraph 94 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 94.  To the extent the allegations in Paragraph 94 purport to describe MongoDB personnel's remarks during the presentation at MongoDB's June 22, 2023 investor session, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

95.    Paragraph 95 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 95.  To the extent the allegations in Paragraph 95 purport to describe MongoDB personnel's remarks during the presentation at MongoDB's June

22, 2023 investor session, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

96.    Paragraph 96 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 96.  To the extent the allegations in Paragraph 96 purport to describe MongoDB personnel's remarks during the presentation at MongoDB's June 22, 2023 investor session, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

97.    Paragraph 97 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 97.  To the extent the allegations in Paragraph 97 purport to describe MongoDB's Form 10-Q for 1Q24, Defendants respectfully refer the Court to that document for a complete and accurate recitation of its contents, and deny any characterizations thereof.

98.    Paragraph 98, including Footnote 22, contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 98, including Footnote 22. To the extent the allegations in Paragraph 98, including Footnote 22, purport to describe MongoDB's Form 10-Q for 1Q24, MongoDB's Form 10-Q for 2Q24, MongoDB's Form 10-Q for 3Q24, MongoDB's Form 10-K for FY24, and MongoDB's Form 10-Q for 2Q25, Defendants

respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

99.    Paragraph 99 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 99.  To the extent the allegations in Paragraph 99 purport to describe MongoDB's Form 10-Q for 1Q24,  MongoDB's Form 10-Q for 2Q24, MongoDB's Form 10-Q for 3Q24, MongoDB's Form 10-K for FY24, and MongoDB's Form 10-Q for 2Q25, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

100.    Paragraph 100 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 100.  To the extent the allegations in Paragraph 100 purport to describe MongoDB's earnings results attached to its August 31, 2023 Form 8-K, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

101.    Paragraph 101 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 101.  To the extent the allegations in Paragraph 101 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

102.    Paragraph 102 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required,

Defendants deny the allegations in Paragraph 102. To the extent the allegations in Paragraph 102 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

103. Paragraph 103 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 103. To the extent the allegations in Paragraph 103 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

104. Paragraph 104 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 104. To the extent the allegations in Paragraph 104 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

105. Paragraph 105 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 105. To the extent the allegations in Paragraph 105 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

106. Paragraph 106 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 106. To the extent the allegations in Paragraph 106 purport to describe MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

107. Paragraph 107 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 107. To the extent the allegations in Paragraph 107 purport to describe MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

108. Paragraph 108 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 108. To the extent the allegations in Paragraph 108 purport to describe MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

109. Paragraph 109 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required,

Defendants deny the allegations in Paragraph 109. To the extent the allegations in Paragraph 109 purport to describe MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

110. Paragraph 110 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 110. To the extent the allegations in Paragraph 110 purport to describe MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

111. Paragraph 111 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 111. To the extent the allegations in Paragraph 111 purport to describe MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

112. Paragraph 112 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 112. To the extent the allegations in Paragraph 112 purport to describe MongoDB's earnings results attached to its December 5, 2023 Form 8-K,

Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

113.    Paragraph 113 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 113.  To the extent the allegations in Paragraph 113 purport to describe MongoDB's 3Q24 earnings conference call on December 5, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

114.    Paragraph 114 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 114.  To the extent the allegations in Paragraph 114 purport to describe MongoDB's 3Q24 earnings conference call on December 5, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

115.    Paragraph 115 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 115.  To the extent the allegations in Paragraph 115 purport to describe MongoDB's 3Q24 earnings conference call on December 5, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

116.    Paragraph 116 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 116.  To the extent the allegations in Paragraph

116 purport to describe MongoDB's 3Q24 earnings conference call on December 5, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

117. Paragraph 117 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 117. To the extent the allegations in Paragraph 117 purport to describe MongoDB's 3Q24 earnings conference call on December 5, 2023, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

118. Paragraph 118 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 118. To the extent the allegations in Paragraph 118 purport to describe MongoDB personnel's remarks during the December 7, 2023 presentation at the Barclays Global Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

119. Paragraph 119 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 119. To the extent the allegations in Paragraph 119 purport to describe MongoDB personnel's remarks during the December 7, 2023 presentation at the Barclays Global Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

120.    Paragraph 120 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 120.  To the extent the allegations in Paragraph 120 purport to describe MongoDB personnel's remarks during the December 7, 2023 presentation at the Barclays Global Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

121.    Paragraph 121 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 121.  To the extent the allegations in Paragraph 121 purport to describe MongoDB personnel's remarks during the January 16, 2024 presentation at the Needham Growth Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

122.    Paragraph 122 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the remaining allegations, Defendants deny the allegations in Paragraph 122, except state that to the extent the allegations in Paragraph 122 purport to describe MongoDB personnel's remarks during the January 16, 2024 presentation at the Needham Growth Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

123.    Paragraph 123 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the

remaining allegations, Defendants deny the allegations in Paragraph 123, except state that to the extent the allegations in Paragraph 123 purport to describe MongoDB personnel's remarks during the January 16, 2024 presentation at the Needham Growth Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

124. Paragraph 124 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations. As to the remaining allegations, Defendants deny the allegations in Paragraph 124, except state that to the extent the allegations in Paragraph 124 purport to describe MongoDB's earnings results attached to its March 7, 2024 Form 8-K, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

125. Paragraph 125 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 125. To the extent the allegations in Paragraph 125 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

126. Paragraph 126 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 126. To the extent the allegations in Paragraph 126 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

127.    Paragraph 127 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the remaining allegations, Defendants deny the allegations in Paragraph 127, except state that to the extent the allegations in Paragraph 127 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

128.    Paragraph 128 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 128.  To the extent the allegations in Paragraph 128 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

129.    Paragraph 129 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 129.  To the extent the allegations in Paragraph 129 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

130.    Paragraph 130 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 130.  To the extent the allegations in Paragraph 130 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024,

Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

131.    Paragraph 131 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 131.  To the extent the allegations in Paragraph 131 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

132.    Paragraph 132 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 132.  To the extent the allegations in Paragraph 132 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

133.    Paragraph 133 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the remaining allegations, Defendants deny the allegations in Paragraph 133, except state that to the extent the allegations in Paragraph 133 purport to describe MongoDB's 4Q24 earnings conference call on March 7, 2024, Defendants respectfully refer the Court to the transcript of that call for a complete and accurate recitation of its contents, and deny any characterizations thereof.

134.    Paragraph 134 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the remaining allegations, Defendants deny the allegations in Paragraph 134, except state that to the

extent the allegations in Paragraph 134 purport to describe MongoDB personnel's remarks during the May 2, 2024 Keynote Session at MongoDB, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

135.   Paragraph 135 contains allegations regarding claims that were dismissed pursuant to the MTD Order, and therefore no response is required as to those allegations.  As to the remaining allegations, Defendants deny the allegations in Paragraph 135 except state that to the extent the allegations in Paragraph 135 purport to describe MongoDB personnel's remarks during the May 2, 2024 Keynote Session at MongoDB, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

136.   Defendants deny the allegations in Paragraph 136, except state that to the extent the allegations in Paragraph 136 purport to describe MongoDB personnel's remarks during the June 4, 2024 presentation at the Baird Technology Conference and MongoDB personnel's remarks during the June 5, 2024 presentation at the Blair Growth Conference, Defendants respectfully refer the Court to the transcripts of those presentations for a complete and accurate recitation of their contents, and deny any characterizations thereof.

137.   Defendants deny the allegations in Paragraph 137, except state that to the extent the allegations in Paragraph 137 purport to describe MongoDB personnel's remarks during the June 4, 2024 presentation at the Baird Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

138.     Defendants deny the allegations in Paragraph 138, except state that to the extent the allegations in Paragraph 138 purport to describe MongoDB personnel's remarks during the June 4, 2024 presentation at the Baird Technology Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

139.     Defendants deny the allegations in Paragraph 139, except state that to the extent the allegations in Paragraph 139 purport to describe MongoDB personnel's remarks during the June 5, 2024 presentation at the Blair Growth Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

140.     Defendants deny the allegations in Paragraph 140, except state that to the extent the allegations in Paragraph 140 purport to describe MongoDB personnel's remarks during the June 5, 2024 presentation at the Blair Growth Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

141.     Defendants deny the allegations in Paragraph 141, except state that to the extent the allegations in Paragraph 141 purport to describe MongoDB personnel's remarks during the June 5, 2024 presentation at the Blair Growth Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

142.     Defendants deny the allegations in Paragraph 142, except deny knowledge or information sufficient to form a belief as to what analysts believed.  To the extent the allegations in Paragraph 142 purport to describe Needham's report on June 13, 2024, Defendants

respectfully refer the Court to the report for a complete and accurate recitation of its contents, and deny any characterizations thereof.

143.    Defendants deny the allegations in Paragraph 143, except deny knowledge or information sufficient to form a belief as to what analysts believed.  To the extent the allegations in Paragraph 143 purport to describe Needham's report on June 13, 2024, Defendants respectfully refer the Court to the report for a complete and accurate recitation of its contents, and deny any characterizations thereof.

144.    Defendants deny the allegations in Paragraph 144, except state that to the extent the allegations in Paragraph 144 purport to describe MongoDB personnel's remarks during the September 4, 2024 presentation at the Citi Global TMT Conference, Defendants respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

145.    Defendants deny the allegations in Paragraph 145, except deny knowledge or information sufficient to form a belief as to the truth of the allegations of Seeking Alpha's article dated December 26, 2024.

146.    Defendants deny the allegations in Paragraph 146, except deny knowledge or information sufficient to form a belief as to the truth of the allegations of Seeking Alpha's article dated December 26, 2024.

147.    Defendants deny the allegations in Paragraph 147, except admit that Mr. Gordon's departure from MongoDB was announced on December 9, 2024 and deny knowledge or information sufficient to form a belief as to what "the market" believed.  Defendants refer to public sources for information on MongoDB's stock prices and revenues.  To the extent the allegations in Paragraph 147 purport to describe MongoDB's earnings results attached to its

December 9, 2024 Form 8-K, Defendants respectfully refer the Court to those documents for a complete and accurate recitation of their contents, and deny any characterizations thereof.

148.    Defendants deny the allegations in Paragraph 148.

149.    Defendants deny the allegations in Paragraph 149.

150.    Defendants deny the allegations in Paragraph 150.

151.    Defendants deny the allegations in Paragraph 151.

152.    Defendants deny the allegations in Paragraph 152.

153.    Defendants deny the allegations in Paragraph 153, except state that to the extent the allegations in Paragraph 153 purport to describe MongoDB's earnings results attached to its May 30, 2024 Form 8-K and Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to that document and that video for a complete and accurate recitation of their contents, and deny any characterizations thereof.

154.    Defendants deny the allegations in Paragraph 154, including Footnote 23, except state that to the extent the allegations in Paragraph 153 purport to describe Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to that video for a complete and accurate recitation of its contents, and deny any characterizations thereof.

155.    Defendants deny the allegations in Paragraph 155, except state that to the extent the allegations in Paragraph 155 purport to describe *Forbes*'s February 25, 2021 article titled "Building An Enterprise Software Company: Tips For Founders From Dev Ittycheria," Mr. Ittycheria's comments in a video with the Logan Bartlett Show on YouTube on October 20, 2023

titled "The 3x CEO That Turned MongoDB Around,"  Mr. Ittycheria's comments in a video on YouTube on July 8, 2016 titled "Sales from the CEO Perspective w/ Dev Ittycheria, CEO MongoDB," and Mr. Ittycheria's comments in an episode of the podcast *Invest Like the Best with Patrick O'Shaughnessy* on May 14, 2021 titled "Dev Ittycheria - The Database Evolution," Defendants respectfully refer the Court to that article, those videos, and that podcast for a complete and accurate recitation of their contents, and deny any characterizations thereof.

156.    Defendants deny the allegations in Paragraph 156, except state that to the extent the allegations in Paragraph 156 purport to describe Mr. Ittycheria's comments in a video on YouTube on July 8, 2016 titled "Sales from the CEO Perspective w/ Dev Ittycheria, CEO MongoDB," Mr. Ittycheria's comments in an episode of the podcast *Invest Like the Best with Patrick O'Shaughnessy* on May 14, 2021 titled "Dev Ittycheria - The Database Evolution," and MongoDB's 1Q24 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to that video, that podcast, and the transcript of that call for a complete and accurate recitation of their contents, and deny any characterizations thereof.

157.    Defendants deny the allegations in Paragraph 157, except state that to the extent the allegations in Paragraph 157 purport to describe MongoDB's 2Q24 earnings conference call on August 31, 2023 and MongoDB personnel's remarks during the September 7, 2023 presentation at the Citi Global Technology Conference, Defendants respectfully refer the Court to the transcripts of that call and presentation for a complete and accurate recitation of their contents, and deny any characterizations thereof.

158.    Defendants deny the allegations in Paragraph 158, except state that to the extent the allegations in Paragraph 158 purport to describe MongoDB personnel's remarks during the June 5, 2024 presentation at the William Blair Growth Stock Conference, Defendants

respectfully refer the Court to the transcript of that presentation for a complete and accurate recitation of its contents, and deny any characterizations thereof.

159.    Defendants deny the allegations in Paragraph 159, except state that to the extent the allegations in Paragraph 159 purport to describe MongoDB personnel's insider trading reports filed on Form 4, Defendants respectfully refer the Court to those filings for a complete and accurate recitation of their contents, and deny any characterizations thereof.

160.    Defendants deny the allegations in Paragraph 160, except state that to the extent the allegations in Paragraph 160 purport to describe MongoDB personnel's insider trading reports filed on Form 4, Defendants respectfully refer the Court to those filings for a complete and accurate recitation of their contents, and deny any characterizations thereof.

161.    Defendants deny the allegations in Paragraph 161, except state that to the extent the allegations in Paragraph 161 purport to describe MongoDB personnel's insider trading reports filed on Form 4, MongoDB's 2Q24 earnings conference call on August 31, 2023, and MongoDB personnel's remarks during the September 6, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference, Defendants respectfully refer the Court to those filings and the transcripts of that call and presentation for a complete and accurate recitation of their contents, and deny any characterizations thereof.

162.    Defendants deny the allegations in Paragraph 162, except state that to the extent the allegations in Paragraph 162 purport to describe MongoDB personnel's insider trading reports filed on Form 4 and Ms. Gill's comments in a video posted on YouTube on November 1, 2023 titled "Rethinking Sales Compensation for a Consumption-Based GTM with MongoDB," Defendants respectfully refer the Court to those filings and that video for a complete and accurate recitation of their contents, and deny any characterizations thereof.

163.    Defendants deny the allegations in Paragraph 163, except state that to the extent the allegations in Paragraph 163 purport to describe MongoDB personnel's insider trading reports filed on Form 4, Defendants respectfully refer the Court to those filings for a complete and accurate recitation of their contents, and deny any characterizations thereof.

164.    Defendants deny the allegations in Paragraph 164, except state that to the extent the allegations in Paragraph 164 purport to describe MongoDB personnel's remarks during the presentation at MongoDB's June 22, 2023 investor session, MongoDB's 2Q24 earnings conference call on August 31, 2023, and MongoDB's 1Q23 earnings conference call on June 1, 2023, Defendants respectfully refer the Court to the transcripts of those calls and presentation for a complete and accurate recitation of their contents, and deny any characterizations thereof.

165.    Defendants deny the allegations in Paragraph 165. Defendants refer to public sources for information on MongoDB's stock prices.

166.    Defendants deny the allegations in Paragraph 166.

167.    Defendants deny the allegations in Paragraph 167, except state that to the extent Paragraph 167 purports to describe MongoDB's earnings results attached to its May 30, 2024 Form 8-K, MongoDB personnel's remarks during the June 4, 2024 Baird Technology Conference, and Needham's report on May 31, 2024, Defendants respectfully refer the Court to the transcript of that presentation, to those documents, and that report for a complete and accurate recitation of their contents, and deny any characterizations thereof.

168.    Defendants deny the allegations in Paragraph 168, except deny knowledge or information sufficient to form a belief as to what analysts believed.  To the extent the allegations in Paragraph 168 purport to describe William Blair's report on May 31, 2024, Wedbush's report on May 31, 2024, Guggenheim's report on May, 31 2024, and Oppenheimer's report on May 31,

2024, Defendants respectfully refer the Court to those reports for a complete and accurate recitation of their contents, and deny any characterizations thereof.

169. The allegations in Paragraph 169 purport to state a conclusion of law, and thus no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 169. Defendants refer to public sources for information on MongoDB's stock prices.

170. Defendants deny the allegations in Paragraph 170.

171. Defendants deny the allegations in Paragraph 171.

172. Defendants deny the allegations in Paragraph 172, except admit that MongoDB has traded on the NASDAQ Stock Exchange since 2017.

173. Defendants deny the allegations in Paragraph 173.

174. Defendants deny the allegations in Paragraph 174.

175. Defendants deny the allegations in Paragraph 175.

176. Defendants deny the allegations in Paragraph 176.

177. Paragraph 177 contains legal arguments and conclusions of law, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 177, except admit that Plaintiffs purport to bring this putative class action pursuant to Rules 23(a) and (b) of the Federal Rules of Civil Procedure.

178. Paragraph 178 contains legal arguments and conclusions of law, and therefore no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 178, except deny knowledge or information sufficient to form a belief as to the number of members of the putative class and the identification of those members, and admit that MongoDB's shares are traded on NASDAQ.

179. Defendants deny knowledge or information sufficient to form a belief as to the allegations in Paragraph 179.

180. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180.

181. Defendants deny the allegations in Paragraph 181.

182. Paragraph 182 contains legal arguments and conclusions of law, and therefore no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182.

183. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183.

184. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184.

185. Defendants incorporate the responses to each preceding and succeeding paragraph.

186. Defendants deny the allegations in Paragraph 186.

187. Defendants deny the allegations in Paragraph 187.

188. Defendants deny the allegations in Paragraph 188.

189. Defendants deny the allegations in Paragraph 189.

190. Defendants deny the allegations in Paragraph 190.

191. Defendants deny the allegations in Paragraph 191, except deny knowledge or information sufficient to form a belief as to the truth of the allegations regarding the Plaintiffs' and putative class members' reliance.

192.    Defendants deny the allegations in Paragraph 192, except deny knowledge or information sufficient to form a belief as to the truth of the allegations regarding the Plaintiffs' and putative class members' purchases.

193.    Defendants deny the allegations in Paragraph 193.

194.    Defendants deny the allegations in Paragraph 194.

195.    Defendants incorporate the responses to each preceding and succeeding paragraph.

196.    Defendants deny the allegations in Paragraph 196.

197.    Defendants deny the allegations in Paragraph 197.

198.    Defendants deny the allegations in Paragraph 198.

199.    Defendants deny the allegations in Paragraph 199.

Except as otherwise explicitly admitted herein, Defendants deny each and every allegation and heading contained in the Complaint, including the Plaintiffs' Prayer for Relief, including the Wherefore clause and paragraphs (A)–(E) of the Prayer for Relief, and Plaintiffs' demand for a jury trial, and put Plaintiffs to strict proof thereof.

## DEFENSES

Without admitting any of the facts alleged in the Complaint or assuming any burden of proof, persuasion, or production not otherwise legally assigned to them as to any element of Plaintiffs' claims, Defendants assert the following defenses:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants did not make any statements that were false or misleading when made, or omit to state any material facts necessary to make any statements made by Defendants false or misleading.

### THIRD DEFENSE

Plaintiffs' claims fail to the extent that they are based on forward-looking statements that were either accompanied by meaningful cautionary language or made without actual knowledge that those statements were false or misleading. 15 U.S.C. § 78u-5(c).

### FOURTH DEFENSE

Plaintiffs' claims fail, in whole or in part, because Defendants lacked the required fraudulent intent or scienter necessary to establish violations of the securities laws.

### FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, under the "bespeaks caution" doctrine.

### SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the remaining challenged statements were not material to the investment decisions of a reasonable investor in view of, *inter alia*, the total mix of available information.

### SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because certain of the remaining challenged statements are non-actionable statements of puffery.

**EIGHTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because certain of the remaining challenged statements contain expressions of opinion that Plaintiffs have not alleged, and cannot prove, were not truly held or are otherwise actionable.

**NINTH DEFENSE**

Plaintiffs cannot satisfy the prerequisites set forth in Rule 23 of the Federal Rules of Civil Procedure to maintain this Action as a class action.

**TENTH DEFENSE**

The purported class period is overbroad and, therefore, many of the purported class members are not entitled to any recovery.

**ELEVENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any legally cognizable injury or damages as a result of Defendants' conduct.

**TWELFTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the remaining challenged statements did not affect the market price of MongoDB's common stock.

**THIRTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged corrective disclosure did not disclose any previously withheld truth.

**FOURTEENTH DEFENSE**

To the extent that Plaintiffs or a member of the alleged class incurred any injury or damage as alleged in the Complaint, which is denied, any such injury or damage was caused and brought about by other factors, including, but not limited to, market-wide phenomena, economic

factors, and/or the acts, conduct, or omissions of individuals and/or entities other than Defendants that intervened between Defendants' alleged actions and the alleged harm. Accordingly, any recovery should be precluded or diminished in proportion to the amount of fault attributable to other factors.

**FIFTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because no act or omission by any Defendant was the cause in fact or proximate cause of any damage alleged by Plaintiffs.

**SIXTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because, and to the extent that, Plaintiffs' loss, if any, was not caused by any alleged misrepresentation or omission by Defendants.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Defendants did not employ any device, scheme, or artifice to defraud.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Defendants did not engage in any act, practice, or course of business that operated or would operate as a fraud or deceit.

**NINETEENTH DEFENSE**

Plaintiffs' claims under Section 20(a) of the Exchange Act are barred because Mr. Ittycheria, Mr. Gordon, and Mr. Tanjga at all times acted in good faith and did not directly or indirectly induce the alleged acts underlying Plaintiffs' claims.

## TWENTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any alleged damages suffered by Plaintiffs, which Defendants deny, are speculative.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to mitigate their damages, if any.

## TWENTY-SECOND DEFENSE

Plaintiffs' claims are barred under the doctrines of estoppel, waiver, unclean hands, laches, *in pari delicto* and/or other related doctrines and principles.

## TWENTY-THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants acted with reasonable care with respect to the remaining challenged statements.  Defendants had reasonable ground to believe, and did believe, at the time of the remaining challenged statements that those statements were true and did not contain omissions of material fact.

## TWENTY- FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants at all times acted in reasonable reliance upon the representations, reports, expert opinions, and advice of professional advisors, and had no grounds to believe that such representations, reports, opinions, and advice were in any way inadequate, unfounded, or incorrect.

## TWENTY- FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants did not violate any duty owed to Plaintiffs.

## TWENTY- SIXTH DEFENSE

Plaintiffs' claims for relief are barred, in whole or in part, because Defendants had no duty to disclose, or cause the disclosure of, any allegedly omitted material information.

## TWENTY- SEVENTH DEFENSE

Plaintiffs' claims fail, in whole or in part, because Defendants made full and accurate disclosures of all information required to be disclosed by law and did not omit to disclose any statement of fact necessary in order to make the statements made by the Defendants not misleading.

## TWENTY- EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the terms, disclaimers, and disclosures in Defendants' SEC filings.

## TWENTY- NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because some or all of the matters now claimed by Plaintiffs to have been omitted from Defendants' public disclosures (which the Defendants deny) were fully disclosed by the Defendants or were otherwise known to and entered the securities market through credible sources.

## THIRTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because they cannot establish specific misstatements or omissions or why any misstatement or omission is misleading, or particular facts sufficient to support the allegations asserted on information and belief.

## THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or part, because any allegedly false or misleading statements or omissions that Plaintiffs seek to attribute to the Defendants were not material.

## THIRTY-SECOND DEFENSE

To the extent Plaintiffs or the purported class members suffered damages, if at all, such damages must be offset by their gains. For instance, if Plaintiffs or other purported class members purchased and then sold shares during the class period but before the alleged corrective disclosure date, the gains from those sales must be taken into consideration, and damages should be offset by those gains.

## THIRTY-THIRD DEFENSE

To the extent Plaintiffs suffered damages, if at all, such damages must be capped pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(e)(1).

## THIRTY- FOURTH DEFENSE

Plaintiffs cannot recover against Defendants, in whole or in part, because the "fraud on the market" theory of reliance or other presumption of reliance is unavailable, and Plaintiffs are otherwise unable to establish that they relied upon the purported misstatements and omissions alleged in the Complaint.

## THIRTY-FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because, and to the extent that, any relief or recovery would unjustly enrich or constitute a windfall to Plaintiffs.

## THIRTY-SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants are not liable to Plaintiffs for any claims based on alleged misrepresentations or omissions for which Plaintiffs and/or their agents, financial representatives, and/or broker-dealers had, in whole or in part, actual or constructive knowledge.

**THIRTY-SEVENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, insofar as they are based on alleged conduct that concluded before, or began after, Plaintiffs' purchases of MongoDB's common stock.

**THIRTY-EIGHTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs purchased MongoDB's common stock with actual or constructive knowledge of the risks involved in an investment in MongoDB's common stock, and thus assumed the risk that the value of the common stock would decline if such risks materialized.

**THIRTY-NINTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs and members of the alleged class, including those who did not purchase MongoDB common stock, lack standing to assert federal securities fraud claims against Defendants.

**FOURTIETH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs allege false or misleading statements that were not made in connection with the purchase or sale of a security.

**FOURTY-FIRST DEFENSE**

Plaintiffs are not entitled to any recovery from the Defendants in excess of the amounts allowed under applicable law.

**FOURTY-SECOND DEFENSE**

Plaintiffs' request for attorneys' fees is inappropriate on the facts of this case.

## FOURTY-THIRD DEFENSE

Plaintiffs are not entitled to their costs and expenses in this litigation, including experts' fees, and other costs and disbursements, as any such request is inappropriate on the facts of this case.

## FOURTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Court's MTD Order.

## FOURTY-FIFTH DEFENSE

Plaintiffs' request for interest is inappropriate on the facts of this Action.

## FOURTY-SIXTH DEFENSE

Defendants have not knowingly and intentionally waived any applicable additional defenses, and reserve the right to raise any raise any additional defenses, counterclaims, cross-claims, and third-party claims not asserted herein of which they become aware at any subsequent stage of this action, including, but not limited to, the right to assert as a defense their reliance on the advice of counsel.  Defendants further reserve the right to amend this answer and their defenses accordingly and to delete defenses that they determine are not applicable during the course of discovery.

## **PRAYER**

WHEREFORE, the Defendants pray that the Court enter judgment as follows:

A. Deny class certification and strike all class allegations from the Complaint;

B. Render judgment that Plaintiffs take nothing by this suit;

C. Dismiss the Complaint with prejudice;

D. Award Defendants their costs of court and other fees; and

E. Grant any other just and proper relief to which Defendants may be entitled.

Dated: June 15, 2026
New York, New York

Respectfully submitted,


DAVIS POLK & WARDWELL LLP

*/s/ Edmund Polubinski*

Edmund Polubinski
Marie Killmond
Mary K. Sherwood

450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email:  edmund.polubinski@davispolk.com
           marie.killmond@davispolk.com
           mary.sherwood@davispolk.com


*Attorneys for Defendants MongoDB, Inc.,*
*Dev C. Ittycheria, Michael Lawrence Gordon,*
*and Srdjan (Serge) Tanjga*